UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABIEL A. AYALA, | ) | No. CV 12-651 BRO (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M.D. MCDONALD, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered denying the Petition with prejudice.

DATED: January 20, 2015

_____
BEVERLY REID O'CONNELL
United States District Judge